UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ELIANA MARQUES and SAMUEL MATTHEWS KELLAM,

                              Plaintiffs,

-v.-

F & RAW STUDIOS, LLC, DANIEL SKLAAR, and MICHAEL RUEGGER,

                              Defendants.
-------------------------------------------------------------------------X

Docket No.: 25-cv-03306

**NOTICE OF APPEARANCE**

### NOTICE OF APPEARANCE OF COUNSEL – JORDAN A. JODRÉ

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Jordan A. Jodré, Esq., a partner with the law firm of Jodre Brenecki, LLP, and admitted to practice in the United States District Court – Eastern District of New York, as counsel in this matter for Plaintiffs, ELIANA MARQUES and SAMUEL MATTHEWS KELLAM.

Dated: Brooklyn, New York
       June 12, 2025

                                                JODRE BRENECKI, LLP

                                                _____
                                                JORDAN A. JODRÉ, Esq.
                                                *Attorneys for Plaintiff*
                                                101 North 10th Street – Suite 303
                                                Brooklyn, New York 11249
                                                Email: jordan@jodrebrenecki.com
                                                T: (516) 445-3622